IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02531-RPM

ELIZABETH SUAZO,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY and
FIRST DATA CORPORATION GROUP DISABILITY PLAN,

    Defendants.

_____

ORDER VACATING SCHEDULING CONFERENCE
_____

In view of the Order Modifying Rule 16 Procedure entered today, it is

ORDERED that the scheduling conference set for February 11, 2010, and the deadline for submitting a proposed scheduling order are vacated.

DATED: January 25th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge