IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02531-RPM-MJW

ELIZABETH SUAZO,

Plaintiff(s),

v.

CONTINENTAL CASUALTY COMPANY, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Hartford's Unopposed Motion for Leave to Participate by Telephone in Settlement Conference, DN 16, filed with the Court on March 8, 2010, is GRANTED. Ms. Dixon is permitted to participate at the conference telephonically and shall provide a telephone number for defendant counsel to reach her during the settlement conference. (The Court's telephone number is (303) 844-2403.)

Date: March 9, 2010