IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02531-RPM-MJW

ELIZABETH SUAZO,

Plaintiff(s),

v.

CONTINENTAL CASUALTY COMPANY, et al,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference, DN 19, filed with the Court on May 5, 2010, is GRANTED. The Settlement Conference set on May 14, 2010, at 1:30 p.m., is VACATED. **All counsel shall contact the court (by one joint conference call) on or before May 21, 2010, to reset this matter for a settlement conference. If the current authorized representative is not available, the parties shall request that another authorized representative to be made available to proceed with this case, in setting a future conference date.** The Court's telephone number is (303) 844-2403.

Date: May 6, 2010