IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02531-RPM-MJW

ELIZABETH SUAZO,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY and
FIRST DATA CORPORATION GROUP DISABILITY PLAN,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal [24], filed on June 30, 2010, it is

ORDERED that this action is dismissed with prejudice with the parties to bear their own legal fees and costs.

DATED: June 30, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge